| | |
|---|---|
| ROBERT TERRY and<br>SHIRLEY ATKINS<br>10015 Thrift Road<br>Clinton, Maryland 20735<br><br>　　Plaintiffs<br><br>v.<br><br>MORTGAGE ELECTRONIC<br>　REGISTRATION SYSTEMS, INC.<br><br>Serve On Resident Agent:<br><br>Bill Beckmann, President<br>1818 Library Street<br>Suite 300<br>Reston, Virginia 20190<br><br>and<br><br>FREEDOM MORTGAGE<br>　CORPORATION<br>907 Pleasant Valley Drive<br>Mount Laurel, Maryland 08054<br><br>Serve on Resident Agent:<br><br>The Corporation Trust Incorporated<br>351 West Camden Street<br>Baltimore, Maryland 21201<br><br>　　Defendants | * IN THE<br><br>* DISTRICT COURT<br><br>* OF MARYLAND<br><br>* FOR<br><br>* PRINCE GEORGE'S COUNTY<br><br>*<br><br>*<br><br>*<br><br>*<br><br>* Case No.: _____<br><br>*<br><br>*<br><br>*<br><br>*<br><br>*<br><br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Robert Terry and Shirley Atkins, Plaintiffs, by their attorney, Gerard P. Uehlinger, sue Mortgage Electronic Registration Systems, Inc. ("MERS"), and

Freedom Mortgage Corporation ("FMC"), Defendants.

1. Venue is proper in Prince George's County as Defendants regularly do business in Prince George's County.

2. Plaintiff herein refinanced his home on April 15, 2009, as evidenced by a Note of same date. In the course of a later foreclosure action, Plaintiff discovered that the Deed of Trust was sold or otherwise transferred on or about January 26, 2012 from Defendant MERS to Defendant FMC.

3. Plaintiff never received notice of the sale of the Deed of Trust. This is a violation by Defendants of Section 131(g) of the Truth in Lending Act (15 U.S.C. § 1641) ("TILA"), which was amended on May 9, 2009, to include a new provision requiring the assignee of a mortgage loan to notify a consumer borrower that the loan has been transferred. Section 131(g) requires the new owner or assignee of a mortgage loan to notify the borrower in writing when the mortgage loan is sold or otherwise transferred, and this notification must include the following:

(a) The assignee's identity, address and phone number;

(b) The date of transfer;

(c) Contact information for an agent or party having authority to act on behalf of the assignee;

(d) The location of the place where transfer of ownership of the debt is recorded; and

(e) Any other relevant information regarding the assignee.

Plaintiff received no such letter stating that his loan had been transferred to a new owner as of January 26, 2012. An Assignee that violates this notice requirement is subject to civil penalties under Section 130(a) of TILA, which after July 31, 2009 can be up to Four Thousand Dollars ($4,000.00) that an individual may recover for each TILA violation in connection with a closed-end loan secured by a real property or a dwelling increased.

4. Plaintiff did not discover this assignment until late2012, in the course of investigation of a foreclosure action.

5. Defendants have thus violated TILA by their failure to notify Plaintiffs of the sale or other transfer of the Deed of Trust.

WHEREFORE, Plaintiff demands Four Thousand Dollars ($4,000.00) damages against MERS, and FMC, Defendants, jointly and severally, plus costs, attorney fees, and such other and further relief as justice may require.

*[signature]*
Gerard P. Uehlinger
28 West Allegheny Avenue
Suite 1210
Towson, Maryland 21204
Phone: 410-821-0025
Attorney for Plaintiffs

**DISTRICT COURT OF MARYLAND FOR** _____

LOCATED AT (COURT ADDRESS)

CASE NO. **CV**

**COMPLAINT** ☒ $5,000 or under ☐ over $5,000 ☐ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are: **SEE ATTACHED**

**PARTIES**

Plaintiff:
ROBERT TERRY
SHIRLEY ATKINS
10015 THRIFT RD
CLINTON MD 20735

VS.

Defendant(s):
1. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC
   Serve by: ☐ Certified Mail ☒ Private Process ☐ Constable ☐ Sheriff
   SERVE ON:
   BILL BECKMANN
   PRES.

2. 1818 LIBRARY ST SUITE 300 RESTON VA 20190
   Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. FREEDOM MORTGAGE CORP
   907 PLEASANT VALLEY DRIVE
   MOUNT LAUREL NJ 08054
   Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4. SERVE ON R/A
   THE CORPORATION TRUST, INC.
   351 W CAMDEN ST
   BALTIMORE MD 21201
   Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

(See Continuation Sheet)
☐ Legal
☐ Contractual \_\_\_\_ %

The Plaintiff claims:
☒ $ 4,000.00 plus interest of $\_\_\_ and attorney's fees of $\_\_\_ plus court costs.
☐ Return of the property and damages of $\_\_\_ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $\_\_\_ for its detention in action of detinue.
☐ Other:\_\_\_
and demands judgment for relief.

*Gerard P. Uehlinger, Esq*
Signature of Plaintiff/Attorney/Attorney Code

**ATTORNEYS**
For Plaintiff - Name, Address, Telephone Number & Code
GERARD P. UEHLINGER, ESQ
28 ALLEGHENY AVE. SUITE 1210
TOWSON MD 21204
410 821-0025

Telephone Number: 410-821-0025

**MILITARY SERVICE AFFIDAVIT**

☐ Defendant(s) _____ is/are in the military service.
☒ No Defendant is in the military service. The facts supporting this statement are: **BOTH CORPORATIONS**

*Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.*

☐ I am unable to determine whether or not any Defendant is in military service.

I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

Date: 1/23/13
*Gerard P. Uehlinger, Esq*
Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.

☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ \_\_\_\_ ☐ Verified itemized repair bill or estimate

I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ \_\_\_\_ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.